CLIFTON ELBERT HILL V. STATE

No. 32,614.  December 7, 1960

No attorney for appellant of record on appeal.

*Charles J. Lieck, Jr.,* Criminal District Attorney, *Jack Paul Leon, Harry A. Nass, Jr.,* Assistants Criminal District Attorney, San Antonio, and *Leon Douglas,* State's Attorney, Austin, for the state.

Per Curiam.

This purports to be an appeal from a conviction for burglary with intent to commit theft, with punishment assessed at three years in the penitentiary.

The record before us does not reflect that a valid notice of appeal was given in the trial court, as required by Art. 827, C.C.P.

In the absence of a notice of appeal this court is without jurisdiction to entertain an appeal of this case.

The appeal is dismissed.